IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB ALEXANDER BLINKE,       :<br>    Plaintiff                                 :<br>                                         :<br>v.                                               :<br>                                         :<br>                                       :<br>LINDY LANE SWEENEY, <u>et al.</u>, :<br>    Defendants                           :| No. 1:23-cv-01259<br><br>(Judge Kane)<br><br>(Magistrate Judge Saporito) |

**<u>ORDER</u>**

Before the Court in the above-captioned action is the August 1, 2023 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 6), recommending that the Court dismiss this action with prejudice upon a statutorily mandated screening review of pro se Plaintiff Jacob Alexander Blinke ("Plaintiff")'s complaint because it fails as a matter of law given its assertion of 42 U.S.C. § 1983 false arrest and malicious prosecution claims based on criminal charges to which he pleaded guilty.[1]   (<u>Id.</u> at 3–6.)   No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 21st day of August 2023, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 6) of Magistrate Judge Saporito;

2. This action is **DISMISSED WITH PREJUDICE**; and

---

[1] Magistrate Judge Saporito's Report and Recommendation acknowledges that typically complaints subject to dismissal under the screening provisions of 28 U.S.C. § 1915 are dismissed without prejudice to a plaintiff's ability to amend his or her complaint; however, here, based on the facts alleged in Plaintiff's complaint and those judicially noticed, Magistrate Judge Saporito recommends that any amendment to Plaintiff's complaint would be futile.   <u>See</u> (<u>id.</u> at 6) (citing <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 108 (3d Cir. 2002)).

3. The Clerk of Court is directed to **CLOSE** this case.

                         s/ Yvette Kane
                         Yvette Kane, District Judge
                         United States District Court
                         Middle District of Pennsylvania