IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB ALEXANDER BLINKE, | : | |
|    Plaintiff | : | No. 1:23-cv-01259 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| | : | (Magistrate Judge Saporito) |
| LINDY LANE SWEENEY, <u>et al.</u>, | : | |
|    Defendants | : | |

## ORDER

Before the Court in the above-captioned action is the November 9, 2023 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 11), recommending that Plaintiff Jacob Alexander Blinke ("Plaintiff")'s November 6, 2023 filing (Doc. No. 10) in this closed case, liberally construed as a Federal Rule of Civil Procedure 60(b) motion for reconsideration (Doc. No. 11 at 3–4), be denied. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 1st day of December 2023, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 11) of Magistrate Judge Saporito;

2. Plaintiff's pro se motion for reconsideration (Doc. No. 10) is **DENIED**; and

3. This case shall remain **CLOSED**.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania